# Consumer Litigation Associates, P.C.

ATTORNEYS AND COUNSELORS AT LAW
A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road
Alexandria, Virginia 22314

Gary L. Abbott, Esquire
gary@clalegal.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

REPLY TO: HAMPTON ROADS OFFICE

November 29, 2013

Fernando Galindo Clerk
United States District Court
Eastern District of Virginia
Norfolk Division
Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510

Re: Pamela Parris v. Law offices of Shapiro, Brown & Alt LLP f/k/a Law offices of Shapiro & Burson, LLP and Professional Foreclosure Corporation of Virginia

Dear Mr. Galindo:

Enclosed please find the following with regard to the referenced matter that I ask be filed and processed for service:

1. Original Civil Cover Sheet
2. Original and one (1) copy of the Summons in a Civil Action for each defendant
3. Original and four (4) copies of the Complaint
4. Filing fee check in the amount of $400.00

Please return the service copies of the Summonses and Complaint in the enclosed self-addressed envelope for service by our private process server.

Please call if there are any questions or concerns.

Sincerely yours,

Gary L. Abbott

GLA/bms
Enclosures
cc: Pamela Parris