**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Norfolk Division)**

| | |
|---|---|
| **PAMELA PARRIS,** <br><br> Plaintiff, <br> v. <br><br> **LAW OFFICES OF** <br> **SHAPIRO, BROWN & ALT LLP,** *et al.* <br><br> Defendants. | Case No. 2:13-cv-679-MSD-LRL |

**PFC'S MOTION TO DISMISS**

Defendant Professional Foreclosure Corporation of Virginia ("PFC"), by counsel, hereby moves to dismiss the Complaint filed by Plaintiff, Pamela A. Parris ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for which relief may be granted as a matter of law, for the reasons stated in the contemporaneously filed memorandum, and for the following reasons, including:

1. Plaintiff's claims under the Fair Debt Collection Practices Act are time-barred by the one-year statute of limitation. *See* 15 U.S.C. § 1692k(d).

2. PNC Bank, N.A. as loan servicer is entitled to foreclose, and appoint PFC as trustee.

3. Plaintiff fails to allege a viable breach of any fiduciary duty.

4. Plaintiff's fraud claim is not plausible, and fails as matter of law.

5. Plaintiff lacks standing to challenge the Appointment of PFC as trustee.

6. Plaintiff fails to allege a viable fraud claim, including all of the requisite elements of fraud.

7. Plaintiff's fraud and tort claims are barred under the economic loss doctrine.

8. Plaintiff's allegations regarding PNC Banks's failure to comply with the face to face requirements is a contractual duty at best, which is likewise barred by the economic loss doctrine, and not properly plead against PFC.

9. Plaintiff's conspiracy claims fails as a matter of law.

WHEREFORE, Professional Foreclosure Corporation of Virginia respectfully requests that the Complaint be dismissed in its entirety, that they be awarded their fees in this action, and for such other relief as may be just and proper.

Respectfully submitted,

**PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA**
*By Counsel*

Dated: January 2, 2014
*/s/ Bizhan Beiramee*
Bizhan Beiramee, Esq., VSB #50918
McGinnis Wutscher Beiramee LLP
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
(301) 547-3805 (telephone)
(703) 483-9599 (facsimile)
bbeiramee@mwbllp.com

**Certificate of Service**

I hereby certify that on the 2nd day of January, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett, Esq.
Susan Rotkiss, Esq.
Robin Abbott, Esq.
Gary L. Abbott, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1_A
Newport News, Virginia 23601
Phone: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com
srotkiss@clalegal.com
rabbottlaw@msn.com
gary@clalegal.com
*Counsel for Plaintiffs*

                   */s/ Bizhan Beiramee*_____
                   Bizhan Beiramee, Esq.