UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**PAMELA A. PARRIS,**

      Plaintiff,

**v.**                                                  **Case No. 2:13-cv-679-MSD-LRL**

**LAW OFFICES OF SHAPIRO,
BROWN & ALT LLP, et al,**

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, **PAMELA A. PARRIS,** by counsel, pursuant to F.R.C.P. 41(a)(1)(A)(i), and hereby files this Notice of Voluntary Dismissal as to Defendants, LAW OFFICES OF SHAPIRO, BROWN & ALT LLP and PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA, as Defendants have not filed or served an Answer or Motion for Summary Judgment in this action

**PAMELA PARRIS**

      /s/
Robin A. Abbott, Esq.
VSB #46596
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
robin@clalegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Bizhan Beiramee, Esq.
McGinnis Wutscher Beiramee LLP
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
E-Mail: bbeiramee@mwbllp.com

                                                    /s/
                                      Robin A. Abbott, Esq.
                                      VSB #46596
                                      Attorney for Plaintiff
                                      CONSUMER LITIGATION
                                      ASSOCIATES, P.C.
                                      763 J. Clyde Morris Blvd., Suite 1-A
                                      Newport News, Virginia 23601
                                      (757) 930-3660 - Telephone
                                      (757) 930-3662 – Facsimile
                                      robin@clalegal.com